UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HAROLD BERNARD ELEY
         Petitioner
    v.                                   **Judgment in a Civil Case**
ROBERT C. LEWIS
         Respondent             Case Number: 5:10-HC-2001-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

<u>This Judgment Filed and Entered on February 15, 2011, with service on:</u>
Harold Bernard Eley 0119329, Tabor Correctional Institution, P.O. Box 730, Tabor City, NC 28463 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

February 15, 2011                              /s/ Dennis P. Iavarone
                                                            Clerk

Raleigh, North Carolina